## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2006–0974.   State ex rel. Baja Marine Corp. v. Indus. Comm.**
Franklin App. No. 05AP–555, 2006-Ohio-1646.

**2006–1000.   Colonial Village Ltd. v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–A–574.